UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT ALLEN,<br>　　　　Plaintiff, | ) ) ) | |
| -v- | ) ) | No. 1:12-cv-666 |
| MICHIGAN DEPARTMENT OF<br>COMMUNITY HEALTH,<br>　　　　Defendant. | ) ) ) ) | HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendant and against Plaintiff Robert Allen.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 26, 2012                                        /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge